UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 8:23-cr-310-VMC-TGW

MICHAEL BASAMAN

**NOTICE OF MAXIMUM PENALTIES, ELEMENTS OF OFFENSE,
PERSONALIZATION OF ELEMENTS AND FACTUAL BASIS**

The United States of America, by Roger B. Handberg, United States

Attorney for the Middle District of Florida, hereby files this Notice of

Maximum Penalties, Elements of Offense, Personalization of Elements and

Factual Basis, stating as follows:

ESSENTIAL ELEMENTS

The essential elements of a violation of 18 U.S.C. § 875(c), with

Interstate Transmission of a Threat to Injure, are as follows:

First:   the defendant knowingly sent a message in interstate or foreign
         commerce containing a true threat to injure the person of
         another; and

Second:  the defendant sent the message with the intent to communicate
         a true threat of violence or with the recklessness as to whether it
         would be viewed as a true threat of violence.

PENALTY

The penalty for the offense charged in Count One of the Indictment is a maximum sentence of five-years' imprisonment, a fine of $250,000.00, a term of supervised release of not more than three years, and a special assessment of $100.

Additionally, the defendant must forfeit property, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), as outlined in the Indictment.

FACTUAL BASIS

On June 28, 2023, the defendant, Michael Basaman, posted the following message on Facebook targeting the children of the Chief Executive Officer of a United States Bank ("Victim One"): "I kill people all the time [Victim One]… I'll k-ll your children for that 8 million dollars…"

This was not the first or the last time that the Defendant had threatened to murder Victim One's children. For example, in a May 31, 2023, social media post, the Defendant named Victim One and stated, "Last chance . . . I am going to decapitate your children." And on August 8, 2023, the Defendant posted, "I would pull the trigger on the daughter of a corporate executive without a second thought and I will."

The defendant knowingly made the June 28, 2023, post through interstate commerce and the post contained a true threat to injure the person of another. The defendant sent the message with the intent to communicate a true threat of violence and with recklessness as to whether it would be viewed as a true threat of violence.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:   /s/ *Karyna Valdes*
Karyna Valdes
Assistant United States Attorney
Florida Bar No. 0122261
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:  (813) 274-6000
Facsimile:   (813) 274-6358
E-mail: Karyna.Valdes@usdoj.gov

3

**U.S. v. MICHAEL BASAMAN**          **Case No. 8:23-cr-310-VMC-TGW**

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Howard Anderson, Esq.

 /s/ *Karyna Valdes*
Karyna Valdes
Assistant United States Attorney
Florida Bar No. 0122261
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Karyna.Valdes@usdoj.gov

4